# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO 0:19-CV-60262-DPG

COLLEEN DEVIVO,
individually and on behalf of all others similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

CORAL TINT AND ACCESSORIES, INC.,

*Defendant*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Colleen Devivo, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1.  All claims of the Plaintiff, Colleen Devivo, individually, are hereby dismissed with prejudice.

2.  All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: February 25, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, P.A.** |
|---|---|
| /s/ Andrew J. Shamis<br><br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>14 NE 1st Ave.<br>Suite 1205<br><br>Miami, Florida 33132<br>ashamis@shamisgentile.com<br>Telephone: 305.479.2299<br><br>Counsel for Plaintiff and the Class | Scott A. Edelsberg, Esq.<br>Florida Bar No. 100537<br>19495 Biscayne Blvd.<br># 607<br>Aventura, FL 33180<br>Scott@edelsberglaw.com<br>Telephone: 305-975-3320<br><br>Counsel for Plaintiff and the Class |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Ave., Suite 1205
        Miami, FL 33132
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@sflinjuryattorneys.com

By:   /S/Andrew J. Shamis____
      ANDREW J. SHAMIS, ESQ
      Florida Bar # 101754

*Attorneys for Plaintiff Colleen Devivo and all others similarly situated.*